IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BEATRIZ ROMERO, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | No. 4:12-cv-03614 |
| v. | § § | |
| SKY SECURITY SERVICES TEXAS, INC., | § § § | |
| Defendant. | § | |

## FINAL DEFAULT JUDGMENT

The Court, having considered Plaintiff Beatriz Romero's Motion for Entry of Default & Default Judgment, the evidence, the applicable law, and the arguments of counsel, if any, is of the opinion that the motion should be GRANTED. It is, therefore,

ORDERED that Plaintiff Beatriz Romero's Motion for Entry of Default & Default Judgment is hereby GRANTED. Accordingly, the Court hereby enters

DEFAULT against Defendant Sky Security Services Texas, Inc. It is further

ORDERED, ADJUDGED and DECREED that Plaintiff Beatriz Romero shall have and recover from Defendant Sky Security Services Texas, Inc. the sum of Ten Thousand Four Hundred Seventy-Nine and Fifty/Hundredths Dollars ($10,479.50), which represents One Thousand Two Hundred Ninety-Six and No/Hundredths Dollars ($1,296.00) in unpaid overtime wages; One Thousand Two Hundred Ninety-Six and No/Hundredths Dollars ($1,296.00) in liquidated damages; Seven Thousand Four

Hundred Sixty-Two and Fifty/Hundredths Dollars in attorney's fees; and Four Hundred Twenty-Five and No/Hundredths Dollars ($425.00) in costs of court. It is further

ORDERED that this judgment shall bear interest at the rate of 0.13% per annum until paid. It is further

ORDERED that execution shall issue for this judgment. It is further

ORDERED that all relief not granted in this judgment is DENIED.

This is a final judgment.

SIGNED on this 25th day of November. 2013.

Kenneth M. Hoyt
United States District Judge